UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| EDWARD JOSE JUNIOR, | : | CASE NO. 1:21-cv-02242 |
| Plaintiff, | : | ORDER |
| v. | : | |
| ALINE FERREIRA DE SOUSA, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff filed a verified petition for the return of his minor daughter, A.S.C., under the Hague Convention and the International Child Abduction Remedies Act, 22 U.S.C. §§ 9001-9011.[1]

This Court held a show cause hearing on January 6, 2022.[2]

This Court now **ORDERS** Defendant to return to her residence in Brunswick, Ohio by January 9, 2022.  Defendant is thereafter prohibited from removing the minor child, A.S.C., or causing the child to be removed from the jurisdiction of this Court, pending final disposition of the verified petition for return.

This Court **ORDERS** Defendant to surrender any and all passports and travel documents for Defendant and the child to Sandy Opacich, the Clerk of Court located at 801 West Superior Avenue, Cleveland, Ohio, 44113, by 12:00 PM on January 12, 2022.

This Court **ORDERS** Defendant make the child available for a videoconference with Plaintiff to take place before the end of this month.

---

[1] Doc. 1.
[2] *See* Doc. 16.

Case No. 1:21-cv-02242
GWIN, J.

This Court will hold a final hearing on this matter via videoconference on February

3, 2022 at 8:30 AM.

IT IS SO ORDERED.

Dated: January 6, 2022                          *s/       James S. Gwin*
                                                JAMES S. GWIN
                                                UNITED STATES DISTRICT JUDGE