UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| EDWARD JOSE JUNIOR, | CASE NO. 1:21-cv-02242 |
| Plaintiff, | ORDER |
| v. | |
| ALINE FERREIRA DE SOUSA, | |
| Defendant. | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff petitioned for the return of his minor daughter, A.S.C., under the Hague Convention and the International Child Abduction Remedies Act, 22 U.S.C. §§ 9001-9011.[1] With the consent of both parties, this Court held this matter in abeyance for six months starting April 4, 2022.[2]

Plaintiff Edward Jose Junior fired his lawyers and the fired counsel now moves to withdraw.[3]

Under the Ohio Rules of Professional Conduct, a lawyer shall withdraw from representation when the lawyer is discharged.[4] "A client may terminate the [attorney-client] relationship at any time."[5] "An attorney, however, may not withdraw from the attorney-client relationship absent notice to his or her client and, if mandated by applicable court rules, permission from the court."[6]

This Court **ORDERS** Plaintiff to identify new counsel within three weeks.

---

[1] Doc. 1.
[2] Doc. 35.
[3] Doc. 36.
[4] Ohio R. Prof. Cond. 1.16(a)(3).
[5] *Thayer v. Fuller & Henry, Ltd.*, 503 F. Supp. 2d 887, 891 (N.D. Ohio 2007).
[6] *Id.*

Case No. 1:21-cv-02242
GWIN, J.

    IT IS SO ORDERED.

Dated: June 27, 2022                      *s/ James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE